IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESS A. CUMMINS                                                                PLAINTIFF

v.                          Civil No. 06-2035

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                  DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 31st day of March 2006:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted and the clerk is hereby directed to file the complaint *nunc pro tunc* as of March 30, 2006. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 3 1 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO 72A
(Rev. 8/82)