IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESS A. CUMMINS, PLAINTIFF

v.  Case No. 06-2035

JO ANNE B. BARNHART,
Commissioner of the Social
Security Administration, DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED AND ADJUDGED this 31st day of October 2006.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE